## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Henok Belay Kubrom,                                          Civil No. 17-3277 (DWF/BRT)

      Plaintiff,

v.                                                                            **ORDER FOR DISMISSAL**
                                                                                             **WITH PREJUDICE**

Shield Screening,

      Defendant.


     Based upon the Stipulation for Dismissal With Prejudice filed by the Plaintiff and Defendant on December 4, 2017, (Doc. No. [13]),

     **IT IS HEREBY ORDERED** that this action against Defendant is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated:  December 4, 2017                      s/Donovan W. Frank
                                                        DONOVAN W. FRANK
                                                        United States District Judge